Judge Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALEXANDER WALLS, ) <br> and ) <br> REGINALD IRVIN, ) <br> ) <br> Defendants. | NO. CR11-5408RJB <br><br> ORDER PROHIBITING CONTACT WITH VICTIMS AND GOVERNMENT WITNESSES |

Pursuant to the government's Motion for an Order Prohibiting Contact with Victims and Government Witnesses, and this Court having considered the entirety of the record and files herein, and no response being filed, the Court finds that the government has established good cause for the Court to prohibit the defendants from having any contact with victims and government witnesses.

IT IS HEREBY ORDERED that Defendants Alexander Walls and Reginald Irvin are prohibited from having any contact, direct or indirect, with the victims referenced in the Third Superseding Indictment as Female-1, Female-2, Female-3, Female-4, Female-5,

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800

and Female-6, and government witnesses including the parents and relatives of Female-1 through Female-6. This Order does not preclude counsel for the Defendants to request defense interviews of the victims or witnesses.

DATED this 6th day of April, 2012.

*Robert J Bryan*
Robert J Bryan
United States District Judge

Presented by:

s/ Ye-Ting Woo
YE-TING WOO
Assistant United States Attorney
Washington State Bar Association No. 21208
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Telephone: 206-553-2268; Fax: 206-553-4986
E-mail: Ye-Ting.Woo@usdoj.gov

United States v. Chang Kim et al, - 2
No. CR12-5004RBL

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800