UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER WALLS and REGINALD IRVIN,<br><br>Defendant. | CASE NO. CR11-5408RJB<br><br>ORDER DENYING MOTION FOR ORDER TO STRIKE DEMAND FOR DISCOVERY |

This matter comes before the court on the Motion to Strike Demand for Discovery (Dkt. 123). Because it appears to the court that the motion is based on a misunderstanding, the court chooses to rule summarily without waiting for response.

Plaintiff moves to strike the demand for discovery and related relief (Dkt. 118), and related documents (Dkts. 119, 120, 121 and 122). The subject documents are not motions directed to the court, but are requests directed to the plaintiff. They require no action on the part of the court, and the plaintiff may accede to the demands made, or not, as they choose in their professional judgment. Accordingly, there is no reason to strike those documents.

ORDER DENYING MOTION FOR ORDER TO
STRIKE DEMAND FOR DISCOVERY- 1

1   For the foregoing reason, the Motion to Strike Demand for Discovery (Dkt. 123) is
2 hereby DENIED.
3   The Clerk is directed to send uncertified copies of this Order to all counsel of record and
4 to any party appearing *pro se* at said party's last known address.
5   Dated this 27th day of September, 2012.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge