UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ALEXANDER WALLS,<br><br>  Defendant. | CASE NO. CR11-5408RJB<br><br>ORDER DENYING MOTION FOR SEVERANCE OF COUNT 16 FROM THE THIRD SUPERSEDING INDICTMENT |

This matter comes before the court on the above-referenced motion (Dkt. 137). The court is familiar with the records and files herein and all documents filed in support of and in opposition to the motion, and is fully advised.

The Third Superseding Indictment properly joined Counts 1, 2, 4, 6, 7, 10 and 16 pursuant to Federal Rule of Criminal Procedure 8(a) because the offenses charged "are of the same or similar character . . . or are connected with or constitute parts of a common scheme or plan."

1   Defendant brings this Motion for Severance under Federal Rule of Criminal Procedure
2   14(a), but the showing made by defendant is insufficient to show that the defendant is prejudiced
3   by the joinder. Accordingly, the motion should be DENIED.
4   Therefore, it is now
5   ORDERED that defendant's Motion for Severance of Count 16 from the Third
6   Superseding Indictment (Dkt. 137) is DENIED.
7   The Clerk is directed to send uncertified copies of this Order to all counsel of record and
8   to any party appearing *pro se* at said party's last known address.
9   Dated this 29th day of October, 2012.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

ORDER DENYING MOTION FOR SEVERANCE
OF COUNT 16 FROM THE THIRD
SUPERSEDING INDICTMENT- 2