JUDGE BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>ALEXANDER WALLS, )<br>)<br>    Defendant. )<br>)<br>_____ ) | NO.  CR11-5408RJB<br><br>ORDER ALLOWING WITHDRAWAL<br>AND SUBSTITUTION OF COUNSEL |

THIS MATTER having come on regularly before the above-entitled Court upon the Motion of the Defendant, ALEXANDER WALLS, for new appointed counsel, the Court having considered the Defendant's Motion and the Declaration of Counsel for the Defendant in support thereof, the Court having reviewed the files and records of this proceeding and in all respects being fully advised, now, therefore, it is hereby

ORDERED that the appointed attorney for ALEXANDER WALLS, is hereby allowed to withdraw as counsel of record, effectively immediately. The CJA Administrator is directed to locate new counsel for said Defendant.

DATED: January 25, 2013.

*[signature]*

ROBERT J. BRYAN
United States District Judge

Presented by
/s/  Thomas A. Cena, Jr.
_____
THOMAS A. CENA, JR., WSBA NO. 6539
Attorney for Defendant

Order

THOMAS A. CENA, JR.
Attorney at Law
2115 North 30th, Suite 201
Tacoma, WA  98403
(253) 572-5120  Fax: (253) 593-4503
E-MAIL: TomC55@nventure.com