UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff<br><br>   v.<br><br>ALEXANDER WALLS<br><br>   Defendant,<br><br>and<br><br>BARBARA JOHNSON,<br><br>   Third Party Claimant/Petitioner. | No. CR11-5408RJB<br><br>**ORDER DENYING GOVERNMENT'S MOTION TO CONDUCT DISCOVERY PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 32.2** |

This matter having come before the Court on the Motion of the United States requesting this Court for authorization to conduct discovery, and the Court having considered the representations of counsel and the files and records herein, it is hereby

ORDERED that Plaintiff's Motion (Dkt. 304) is DENIED. With the hearing set for October 25, 2013, the motion is not timely. Furthermore, Plaintiff will have the opportunity to question Ms. Johnson at said hearing.

DATED this 22nd day of October, 2013.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge

ORDER DENYING MOTION TO CONDUCT DISCOVERY